UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 23-08182
FAZAL B MAHMOOD, )
 )  Chapter: 13
 )  Honorable A. Benjamin Goldgar
 )
 )
Debtor(s) )

**ORDER GRANTING MOTION TO MODIFY STAY AND CO-DEBTOR STAY**

This case coming to be heard on the Motion of NewRez LLC, d/b/a Shellpoint Mortgage Servicing as servicing agent for U.S. Bank National Association, not in its individual capacity but solely as trustee on behalf of GCAT 2022-NQM1 Trust ("Creditor") due notice having been given, and the court being fully advised, IT IS ORDERED:

1. The motion is granted. The stay is modified to permit Creditor and its successors and assigns to pursue in rem non-bankruptcy remedies with respect to the Mortgage on the property located at: 908 Dorset Drive, Northbrook, Illinois 60062.

2. The Co-Debtor stay is also modified pursuant to 11 U.S.C. §1301 (a) as to Co-Debtor, Shahima Khan.

3. Any Claims and/or Stipulations filed by Creditor are vacated.

Enter: [signature]

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: October 31, 2023

**Prepared by:**

McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088